UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOSÉ LISBOA, JR., | ) | Case No.: 1:11 CV 1861 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| JUDGE NANCY FUERS, *et al.*, | ) | |
| | ) | |
| Defendants | ) | ORDER OF DISMISSAL |

Pursuant to this Court's Memorandum of Opinion and Order filed contemporaneously with this Order of Dismissal,

It is Ordered that Mr. Lisboa's Motion for Extension (Doc. No. 13) is denied as moot,

Motion to Convert Defendants Motion to Dismiss and Request for Discovery (Doc. No. 14) is denied

Defendants' Motions to Dismiss (Doc. Nos. 9 & 10) are granted and this action is dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

October 31, 2011